1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) Case No.: 25cr2082-W |
|---|---|
| Plaintiff, | ) **JUDGMENT AND ORDER** |
| v. | ) **GRANTING THE UNITED STATES'** |
| ROSA CERVANTEZ, | ) **MOTION TO DISMISS THE** |
| Defendant. | ) **INFORMATION WITHOUT** |
|  | ) **PREJUDICE** |

The United States of America's Motion to Dismiss the Information without prejudice, is **GRANTED**. The Court **DISMISSES** the Information without prejudice.

DATED: _____10/8/25_____    _____
Hon. Thomas J. Whelan
United States District Judge

-1-

ORDER GRANTING THE UNITED STATES' MOTION
TO DISMISS THE INFORMATION WITHOUT PREJUDICE